**IN THE SUPREME COURT OF PENNSYLVANIA**



16mc·0114

IN RE: ATTORNEYS : No. 48 INC
ADMINISTRATIVELY SUSPENDED :
PURSUANT TO RULE 111(b), :
Pa.R.C.L.E. :

FILED
APR 22 2016
MICHAEL F. KUNZ, Clerk
By_____ Dep Clerk

## O R D E R

**PER CURIAM:**

AND NOW, this 17th day of November, 2015, the attorneys named on the attached list are administratively SUSPENDED pursuant to Pa.R.C.L.E. 111(b). The suspensions shall be effective thirty days after the date of this Order, pursuant to Pa.R.D.E. 217.

A True Copy John A. Vaskov
As of: November 17, 2015
Attest: John A Vaskov
Deputy Prothonotary
Supreme Court of Pennsylvania

DATE: 12/16/2015          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 2
TIME: 15:32:11                    NON-COMPLIANT LAWYERS
USER ID: jilgenfr
                                        ACTIVE

REPORT:  ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302015 GROUP 1

Lancaster                     06919   Atlee Jr., William A.
                              23981   Roman, Michael Adam
                              209162  Weaver, Andrea Beth