IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS |
| | : | |
| MICHAEL ADAM ROMAN | : | NO. 16-mc-0114 |



FILED
JUN 13 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

## ORDER

AND NOW, this 10th day of June, 2016, respondent having been ordered on April 25, 2016, to show cause, within thirty (30) days, why he should not be **suspended** from the practice of law in this court, effective thirty (30) days from November 17, 2015, and respondent not having answered or requested a hearing, it is hereby

ORDERED that respondent is **suspended** from the practice of law in this court, effective thirty (30) days from November 17, 2015, and until further Order of this court.

BY THE COURT:

_____
PETRESE B. TUCKER
Chief Judge

copies mailed to
M. Roman
6.13.16